388 P.2d 80

Joseph L. GUY, Jr., Petitioner,

v.

The FIRST JUDICIAL DISTRICT COURT and the Honorable J. M. Scarborough, Respondents.

No. 46 HC.

Supreme Court of New Mexico.

Jan. 17, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for an alternative writ of mandamus be and the same is hereby denied for the reason that habeas corpus proceedings are in process.

388 P.2d 80

STATE of New Mexico ex rel. the TOWN OF ATRISCO and the Board of Trustees of the Town of Atrisco, Relators,

v.

The Honorable Edwin L. SWOPE, John B. McManus, Jr., Robert W. Reidy, Paul Tackett, D. A. Macpherson, Jr., and Paul F. Larrazolo, District Judges of the Second Judicial District, County of Bernalillo, State of New Mexico, and the District Court of Said Second Judicial District of New Mexico, Respondents.

No. 7543.

Supreme Court of New Mexico.

Jan. 17, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ and NOBLE, Justices, concurring, MOISE, Justice, being absent, not participating.

Ordered that the Application for Writ of Prohibition filed herein be and the same is hereby denied.